**RECEIVED**

DEC 1 5 2015

**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:15-cr-00167 |
| v. | INDICTMENT |
| | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2253 |
| TIMOTHY RYAN ZOLLMAN, | 18 U.S.C. § 2256 |
| | 18 U.S.C. § 2260A |
| Defendant. | 18 U.S.C. § 3559(e) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Sexual Exploitation of a Child/Production of Child Pornography)

On or about November 1, 2012, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 5 minutes, 51 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, approximately 4 years old, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about December 29, 2012, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 10 minutes, 47 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about March 19, 2013, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 8 minutes, 50 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed,

shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about March 19, 2013, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video namely approximately 5 minutes, 1 second long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about May 19, 2013, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely

a video approximately 6 minutes, 38 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256 and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about June 11, 2013, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 11 minutes, 55 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about July 22, 2014, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 10 minutes, 35 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256 and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 8**
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about July 22, 2013, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 1 minutes, 22 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256 and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
### (Sexual Exploitation of a Child/Production of Child Pornography)

On or about May 17, 2015, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 19 seconds long, involving himself and a minor prepubescent female, approximately 2 years old or younger, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256 and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 10
### (Sexual Exploitation of a Child/Production of Child Pornography)

On or about June 27, 2015, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely

a video approximately 6 minutes, 7 seconds long, involving sexually explicit conduct between himself and a minor prepubescent female, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 11
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about June 27, 2015, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 23 minutes, 7 seconds long, involving sexually explicit conduct between himself and two minor prepubescent females, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>
**(Sexual Exploitation of a Child/Production of Child Pornography)**

On or about June 27, 2015, in the Southern District of Iowa, defendant TIMOTHY RYAN ZOLLMAN did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, namely a video approximately 7 minutes, 51 seconds long, involving sexually explicit conduct between himself and two minor prepubescent females, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2256, and Title 18, United States Code, Section 3559(e).

**THE GRAND JURY FURTHER FINDS:**

The defendant, TIMOTHY RYAN ZOLLMAN, committed the felony offenses involving a minor charged in Counts One through Twelve at times when he was required by federal and other laws to register as a sex offender.

Therefore, Title 18, United States Code, Section 2260A is applicable.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

If the defendant, TIMOTHY RYAN ZOLLMAN, is convicted of any of the offenses alleged in Counts 1 through 12 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

    a.    Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

    b.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                                    /s/
                                              FOREPERSON

Kevin E. VanderSchel
Acting United States Attorney


By:   */s/ Craig Peyton Gaumer*
       Craig Peyton Gaumer
       Assistant United States Attorney