United States District Court
Southern District of Iowa

Presiding: Honorable
Criminal No.                                  :     Clerk's Court Minutes - Plea
..........................................................................................................................
United States of America          :     Gov. Atty(s)
         vs.                                   :     Def. Atty(s)
                                                 :     Court Reporter:
                                                 :     Interpreter:
                                                 :
..........................................................................................................................
Date:                                          :            Indictment        Superseding Indictment
Time Start:                                 :                              Information
Time End:                                  :      In             Counts - Code Violation:
..............................................    :

Waiver of Indictment filed:
Information filed:
Arraignment conducted:
Plea Agreement filed:                              Court satisfied with:
Plea agreement terms                              Factual basis:
   acceptable to Court:                            Voluntariness:
Statement by deft. In advance                Competency to plea:
   of plea of guilty filed:                          Court accepts plea:
Deft. Plea of guilty                                 Court rejects plea:
   count(s):                                             RUKT"f ku"enqpuwtg"f cvg:
Defendant Sworn:                                 Bond previously set:
Deft. advised of sentencing                    Bond continued:
   guidelines:                                          Bond changed to:
Deft. advised of crime                            Deft. Committed:
   victim fund assessment:
Deft. Advised of right to                         Sentencing set for:
   jury trial:
Detention hearing conducted:
..........................................................................................................................
Minutes:




                                                            _____
                                                                          Deputy Clerk